953 So.2d 13 (2007)
1501 SE 24TH ROAD, LLC, etc., Appellant,
v.
The ESTATE OF Palma PASQUALINI, etc., Appellee.
No. 5D06-791.
District Court of Appeal of Florida, Fifth District.
February 13, 2007.
Rehearing Denied March 27, 2007.
Thomas A. Valdez, of Quintairos, Prieto, Wood & Boyer, P.A., and Jason S. Miller, McCumber, Inclan, Daniels, Valdez, Buntz & Ferrera, P.A. Tampa, for Appellant.
Christopher V. Carlyle, Shannon McLin Carlyle, and Gilbert S. Goshorn, Jr., of The Carlyle Appellate Law Firm, The Villages, for Appellee.
PER CURIAM.
AFFIRMED. See SA-PG-Ocala, LLC v. Stokes, 935 So.2d 1242 (Fla. 5th DCA 2006).
GRIFFIN, SAWAYA and TORPY, JJ., concur.